## WATER, LIGHT & GAS COMPANY *v.* CITY OF HUTCHINSON, KANSAS.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE DISTRICT OF KANSAS.

No. 21.   Argued November 13, 1908.—Decided November 16, 1908.

*Water, Light & Gas Co.* v. *Hutchinson,* 207 U. S. 385, in which it was held that an exclusive franchise cannot, under the statutes of Kansas, be granted by ordinance by a city of the second class, followed.

---

[1] For this act in full see *ante*, p. 551.

*Mr. Howard S. Lewis, Mr. H. Whiteside, Mr. John F. Dillon, Mr. Harry Hubbard* and *Mr. Frank Doster* for appellant.

*Mr. Max Pam* and *Mr. A. C. Mallory* for appellees.

*Per Curiam:* Affirmed with costs, on authority of *Water, Light & Gas Co. of Hutchinson* v. *The City of Hutchinson,* 207 U. S. 385.